UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SAMMY QUINTANILLA, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-07-277 |
| § | |
| MICHAEL J ASTRUE, § § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
## TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On January 22, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the plaintiff's motion for default judgment (D.E. 7) be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that the plaintiff's motion for default judgment is denied.

SIGNED and ORDERED this 12th day of February, 2008.

_____
Janis Graham Jack
United States District Judge